SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>ACME Investment Group, LLC,<br><br>    Defendant | Case No. **2:11-cv-00480-GEB-JFM**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 5, 2011 FOR DEFENDANT ACME INVESTMENT GROUP, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, ACME Investment Group, LLC, by and through their respective attorneys of record, Scott N. Johnson; Mary E. Farrell, stipulate as follows:

    1. An extension of time has been previously obtained for Defendant ACME Investment Group,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

LLC until July 6, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant ACME Investment, LLC is granted an extension until August 5, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant ACME Investment, LLC response will be due no later than August 5, 2011.

IT IS SO STIPULATED effective as of July 5, 2011

Dated:  July 5, 2011                /s/Mary E. Farrell
                                    Mary E. Farrell,
                                    Attorney for Defendant
                                    ACME Investment Group,
                                    LLC


Dated:  July 5, 2011                /s/Scott N. Johnson
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant ACME Investment Group, LLC shall have until August 5, 2011 to respond to complaint.

**Date:** <u>7/8/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge